# First District Court of Appeal
## State of Florida

_____

No. 1D2022-3388
_____

MAURICE ANTONIO REESE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
Clifton A. Drake, Judge.

February 23, 2024

Per Curiam.

Affirmed.

B.L. Thomas, M.K. Thomas, and Tanenbaum, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.